### WEEKS vs. DEBLANC.

THE plaintiff residing at some distance, viz. in the county of Feliciana, his agent was permitted to make the necessary oath, to obtain a commission to examine witnesses.

*Ded. pot.* on affidavit of an agent.

*Morse*, for plaintiff. *Porter*, for defendant.